[No. 11311-6-III. Division Three. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL NORDBY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00340-3, Dennis D. Yule, J., entered January 4, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 10084-7-III. Division Three. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-8-00067-8, Duane E. Taber, J., entered May 31, 1989. *Reversed* and *dismissed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 29953-1-I. Division One. May 26, 1992.]

SUSAN BRULAND, *Petitioner*, v. ANTHONY KARUZA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00953-4, Michael F. Moynihan, J., entered January 3, 1992. *Reversed* by unpublished per curiam opinion.

[No. 29125-4-I. Division One. May 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE MALONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04206-1, Robert E. Dixon, J., entered August 8, 1991. *Affirmed* by unpublished per curiam opinion.